AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

MAR 1 4 2011

United States of America
v.

RONALD KEITH BODDIE,
DANTE MARCEL BUGGS

)
)
)
)
)
)

Case No. 1:11mj205

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 11, 2010 _____ in the county of _____ Fairfax _____ in the
_____ Eastern _____ District of _____ Virginia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 641 | Theft of Government Property |

This criminal complaint is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DHS, SA Denise Laws

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3-14-11

City and state: _____ Alexandria, VA _____

/s/Thomas Rawles Jones, Jr.

*Judge's signature*

The Honorable T. Rawles Jones, Jr.

*Printed name and title*